**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-7530**

KEVIN L. CHOICE,

Plaintiff - Appellant,

versus

E. M. DAVIS, Lieutenant; MEDICAL STAFF, of
Kershaw Correctional Institution; RICKIE
HARRISON, Warden; LIEUTENANT BROGTON, NFN,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(CA-99-3705-0-18BD)

Submitted:  February 22, 2001          Decided:  March 1, 2001

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin L. Choice, Appellant Pro Se.  Terry B. Millar, Rock Hill,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin L. Choice appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Choice v. Davis</u>, No. CA-99-3705-0-18BD (D.S.C. filed Oct. 3, 2000; entered Oct. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>